UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL    JS-6

| | |
|---|---|
| Case No. | 2:23-cv-02547-CBM-ASx |
| Date | September 16, 2024 |
| Title | Roderick Washington v. Alex Villaneaux et al |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER RE: DISMISSAL OF CASE**

Plaintiff filed this action on March 30, 2023 and filed a request to proceed without prepayment of filing fees on the same day. (Dkt. Nos. 1, 2.) On April 19, 2023, the Court denied Plaintiff's request pursuant to 28 U.S.C. § 1915(g) and dismissed the action without prejudice. (Dkt. No. 5.) Plaintiff appealed the Court's order denying his request (Dkt. No. 6), and on May 24, 2024, the Ninth Circuit dismissed the appeal, ruling that it was "so insubstantial as to not warrant further review." (Dkt. No. 9.) On July 3, 2024, Plaintiff filed a motion to reopen the case, reasoning that though the Court denied his request to proceed without prepayment of filing fees, he should have been allowed an opportunity to pay the full filing fee and proceed with the case. (Dkt. No. 10.) On August 5, 2024, the Court granted Plaintiff's motion and ordered Plaintiff to pay the full filing fee no later than September 5, 2024. (Dkt. No. 12.) The Court warned Plaintiff that failure to pay the filing fee by that date "shall result in dismissal of the case without prejudice." (*Id.*)

To date, Plaintiff has not paid the filing fee in this action. Therefore, pursuant to the Court's August 5, 2024 Order, this case is dismissed without prejudice.

**IT IS SO ORDERED.**